# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                              Case No:

      Debtor                                    Chapter:

### REQUEST FOR HEARING ON DISMISSAL

Please send notice (complete remainder of form)

    Please send Notice of Hearing on Dismissal under Rule 2002(a)(4) to the debtor(s), trustee, and all creditors in the following case:

Hearing Date: _____

Hearing Time: _____

Courtroom: _____

Judge: _____

Pursuant to Local Bankruptcy Rule 1017-2, a motion to dismiss shall be noticed no less than 28 calendar days from the date the motion is filed.

Date:                          Prepared by: _____

                               Movant's Attorney's Name: _____

                               Address: _____

                               _____

                               Telephone No. _____

                               Representing: _____