UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **WAYNE H. READ** | ) | Case No. 07 B 70601 |
| | ) | |
| Debtor. | ) | |

### ORDER DISMISSING CASE

On May 25, 2007, the U.S. Trustee filed a motion for an order converting this case to a case under Chapter 7 or, in the alternative, for dismissal of this case. At the hearing on the motion, the Debtor and the U.S. Trustee agreed that the case should be dismissed, rather than converted to Chapter 7, if the Debtor paid his quarterly fees. No other party appeared in response to the motion, and the quarterly fees have been paid. Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed.

Dated: JUN 26 2007

BY THE COURT:

Hon. Manuel Barbosa
U.S. Bankruptcy Judge